**RECEIVED**
APR 03 2024
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kenneth C. Frazier

Plaintiff(s),

vs.

Case No. 24-cv-1133 PJS/JFD
(To be assigned by Clerk of District Court)

Hy-Vee

DEMAND FOR JURY TRIAL
YES [✗88] NO [ ]

Defendant(s).

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit.  Please attach additional sheets if necessary.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

PARTIES

1. List your name, address and telephone number.  Do the same for any additional plaintiffs.

    a. Plaintiff

    Name        Kenneth C. Frazier

    Street Address  4339 Logan Ave N

    County, City   Hennipin, Minneapolis

    State & Zip Code  Minnesota, 55412

    Telephone Number 612-203-7876

2. List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address


**SCANNED**
APR 03 2024
U.S. DISTRICT COURT MPLS

where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name   Hy-Vee

Street Address   5820 Westown Parkway

County, City   Polk, West Des Moines

State & Zip Code   Iowa, 50266

b. Defendant No. 2

Name

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.c., 2.d., etc.)**

JURISDICTION

The Court has jurisdiction over this action under 28 U.S.C. § 1331.

3. This employment discrimination lawsuit is based on (check only those that apply):

a.  ☒ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et. seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission (EEOC).*

b.  ☒ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et. seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In*

2

*order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission (EEOC).*

c. ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et. seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC).*

d. ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et. seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance. **NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office (EEO) representative or agency.*

e. ☐ Other (Please describe.)

4. If you are claiming that the discriminatory conduct occurred at a location other than the defendant's address above, please provide the following information on where the conduct occurred:

Minneapolis Courthouse / District of Minnesota

300 S 4th St
(Street Address)     Minneapolis/Hennepin    MN    55415
                     (City/County)           (State)    (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

    May 2nd thru May 5th 2023

ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

    a. ☒ Yes     Date filed: __1-16-2024__

    b. ☐ No

7. Have you received a Notice of Right-to-Sue Letter?

3

a. [ * ] Yes      If yes, please attach a copy of the letter to this complaint.

b. [  ] No

## NATURE OF THE CASE

8. The conduct complained of in this law suit involves (check only those that apply):

a. [  ] Failure to hire me

b. [ ✓ ] Termination of my employment

c. [ * ] Failure to promote me

d. [  ] Failure to accommodate my disability

e. [  ] Terms and conditions of employment differ from those of similar employees

f. [ ✓ ] Retaliation

g. [  ] Harassment

h. [  ] Other conduct (please specify):

i. Did you complain about this same conduct in the charge of discrimination, referred to in number 6 above?

[ * ] Yes  [  ] No

9. I believe that I was discriminated against because of my (check all that apply):

a. [ * ] Race

b. [  ] Religion

c. [  ] National origin

4

d. [*] Color

e. [ ] Gender

f. [ ] Disability

g. [*] Age (my birth year is: 1959 )

h. [ ] Other (please specify):

i. Did you state the same reason(s) in the charge of discrimination, referred to in number 6 above?

[*] Yes     [ ] No

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct (i.e. how, where, and when). Each paragraph must be numbered separately, beginning with number 10. Please write each allegation of discrimination in a separately numbered paragraph.

10. Manufacture'd Evidence!
Hy-Vee manufacture'd R.P.M Retail Product Management ! I say this becouse it cant be found listed on any Hy-Vee job discription or in the Hy-Vee employee handbook.Hy-Vee never intended to give me the Asst. Meat Manager's position regardless of my ability,or any since of fairness.. On the secound day of trial juror Mr. Amed made it known to the other jury members that he attempted to look up R.P.M . He stated that he could not find it anywhare, not on the Hy-Vee website or anywhare else. He was removed from the jury, Jay Sicone-HR Manager called me into his office & told me I did not get the job. No reason was given, I was doing the job,Changing prices, making manger's special.Hy-Vee had to come up with a reason other than the truth, R.P.M was born 2023.

11. Perjury-Defamation of Character.
John Hamilton-Meat Manager, I was catching the 716 or 717 to work one bus would get me to work after my starting time, the other bus ran early so I had to leave a few minutes early.Brent the previous manager had aproved it, John Hamilton was awhare of my situation. John aproved it also, John stated in court he had no idea why i would be late some days & leave early,I had John Hamilton's permission, He lied, I was very dependable..

5

Additional Facts.

11. cont.
John Hamilton also stated he did not call me at home & recomended to me that I apply for the Asst. Meat Managers job, He said it would be a good job for me, He never mentioned R.P.M as a requirement for the job. He did call me!

12. Perjury - Defamation
Josh Suing-Store Manager. He stated that he seen me on more than one ocasion taking dirty work clothes out of a locker & putting them on.That was a lie, He also stated that I was not a team player, That was a lie. I got along with everyone. Hy-Vee demanded a commitment from you. If i was such a bad employee,nasty,unreliable why was I chosen to be in the Hy-Vee comercial at the Meat counter, Im in the last 5 secounds it was made in 2018.
Josh Suing also stated that he observed me not using the R.P.M system & did not bother to inform me of its existance.How am I to use a system that Hy-Vee chose to omit from me then blame me for not using it. I never had a locker at Hy-Vee, My uniform was always clean & neet.

13. Manufacture'd Evidence.
At  the same time R.P.M was introduced, Hy-Vee presented 2 undated evaluations. Josh Suing signed one & John Hamilton took resposibility for the secound one,nether one new when they were written but they testified that they were accurate,I had not recieved any warnings or anything that would verify thier very bias evaluation of me.Thier purpose was to make me look like a very bad employee.wich I was not! I worked for Hy-Vee for 4.5 yrs I requested to be evaluated more than a few times,I was told I was being evaluated everyday, I was never given a raise based on an evaluation becouse I never recieved one. Im not sure if thier is a statute of limitations on evaluations.Almost 3yrs after wrongfull termination,both evaluations were munufactured to make the jury beleave Hy-Vee lies.I was made to feel invisable!

14. Wrongfull Termination.Defamation
On Jan 8 2020 while working as Meat Specialist & acting Seafood Manager. I assisted a customer(Ms. Rhya Moore-Hy-Vee employee). Shaun Dowls-Seafood Manager had told Ms. Moore about some buy one get one free crab knuckle's,I could not find the knuckle's We were told to try to accomedate the customer,no Knuckle's so I offered her bogo King crab leggs, I bagged one priced it then put one more in the bag,buy one get one. I gave nothing away. I guess another employee seen the transaction between 2 black employees,without asking or investigating,we were lable'd as thieves and terminated the next day, Hy-Vee discipline policy was overlooked,excessive discipline was used. At the 2 unemployment hearings the Law Judge concluded that I stole nothing & was terminated for other than employee mis-conduct.Discrimination. Hy-Vee new this but still for court labeled me a thief. Defamation of Character, Ms. Moore was terminated also!

Hy-Vee informed me that they had revoked my manager authority, but neglected to tell me. I was in a trap & did not no it!

5a

1/11/24, 12:07 PM
Gmail - Intoxalock payment has been scheduled

KbWq5faJcMYpqKjHwBV1YMj5w6jDzao0dQYgWUHI0xfeB6dk4fpPFTOLOj8Dfe+hVSskylky
O3HPr3nGJnCMn/DkLLncL1g6EBc0BI+wc5D659QEL0MI/L+VlXvuNDFDRI1KQO5zunhBd5gz
I0RQ3iPDbWcMK7KsV+H+OYvI+6UaY8Qojn9Kvwl6+fwgn87hFMRZKep0JQYZXyiEfRmJEKZY
XXogtgfC2sFog0+TOnyhF2DVz5ceWqyUroi6j0nDI+qF4TOS4C3jLCfwSu2HYdaa29JB1yUF
HfnbYSEW/MCaCKIJc9hlyQJVbu/RI8nyR6utBH1y7RmI+bJ+yAVrp3j1N1v6O3SkRE+7yB7D
80Y022VSWF7hXsHRyUq06BnvUx91lCD3LBlj/BAD9xc++tJUhsmNZ7b1+F6DdfyWh7AfteHS
VapXM+mDCowTtI3398OZEl8FM+mjhDEwyWqAKUZmKCMBJwx6q7TwnvxJ8d4y3vezqcsk0QoT
NZXOW29nq5/+RDeCZTVnkuEiqimbb8c3DbD9GibzWqBokVYUAloXKvdRH4RfkTY/pzF4RbES
KOvB7UqKCNAz9KFOqJObdbqy15BQaTNItPbNkG8nWG9GRbA6KmFfovnYS1J3yjbA0gJnV5Ko
16JMAE/AmGqpGeIX28mLk7mf065qbo2k3i8VEJhl2liEmV/guPmshdAn+eVDugT1+hZ5nRpo
GBuEVK0z9/aTMCNowNxcakPBLF1qB8PnSqR/wAoMZmpLqQkjVkbIExs6hm2jU4vVN0ZwoA2+
Sp1lFYjePrCiw8SPyPNhM+oZ+CGdzGpoEPnZ6fM3ATf1sqR6q4L7/877V7kuVLMdAJquz0vm
5Ed0y6A4cfREQAQXJntAEM67ANzqLyfYyVv64rI2C9iK66x4D7EnsgkHO80jwqnLc1SPq6eG
Qn5HtZIAsmrJak0lkKybxUCWYIavOZ8d4vuP7PU1rSsObR8m2CthjZc/Yp/30mQpSZ1VuOa2
pse2PiX006GW2XmgU+lo4XrntMhB3laViL3gWCsDo4EPIovcYkzSmukEeeVhYtBorC8B09d+
nyPLAo2//+gWCGsYFXhzy5gyFZOkCn0/Enwh3Q8231h5qDK3hLK4d7kRSZaAXFlZXRErg/UH
La7iO0odmj1SxAqpUSI2B2i5oV+maBncjffam52RXfZIV14WbmQ5+bbe+JO0s8K1EcfGKz0K
RjSAvb7gDwAggLjFTZe6y4VNBGw4ajyxBVdqDreME16/HncScZ/nhPNwO35GcdL0msJb24ih
DrILUGDFeDw7P6N157al6e/WwfDHtUbOWGjhcvIlRec1zxmWTqvjuy8o+T+H0sbyT7d5pppd
j6Qnkbzcq3JjpbhaPB8TEBYInn74sBeFqIvqK4ala4fgiInwaWF2HgInEiWU50Tkeq2JDJFD
Q9b39DP/Vn48VNbNDWv6J/af3WPO05QY+GdfUwwhB0Z0P5IGK2+vbYZwTBkmle4lQneSNJ62
TcvlvotuUUx3rkSv00Pq0fVSvhaVQEQdWTJkwy58u+iood5Skm1WLau0lgkpPT+PZqwg1BxW
XDEIrUgJXZ25cNbPhHrwn/Q1ZzZc+HONsMt7UzPvxGcvvIEeLAwsp9ozWIvcSq19TVt10pnt
Ek7jtmq+YmdLGN1+7ilRwRVLSDxe5YL8yr23s627e7Om6yqF49qIDgAW4HkH7qwRTQVs/mjf
x6FDGhl8i/fUaHHSBaC4V1vqW7OFZ3vf3ibJ3gcmM8mDBCGPEIKmkRcRigzy615WQWjxcjob
Vt5oyoc/lnitgBkxeVvOB3yFGzYoUjsIm5sFMjCc0QOrzQG4UDTPKR2j8p+BCgCuJ2q8VbRc
inAOkJJFWEMSgqPAFWwdqK264z4+vODTvG7M+OIZLyPreJEUPLdxp+p2Ytr8WjVaO2AO3BjC
7sw3U8QFXx6GsGMgzwUUGRXjCPCaceHuQ2xsjN6tMGx8fnnGUrv6IKDBqEUMIBH9BW/gKPFP
OmV1251LD9C3cYUzGTTgPgHiVgVjSwmezi2RLIHsyOMBK6FlapeDhpdYCR2XCdRx5o1xRIFe
cPAg4mz1rUl1KJtTgwYE135msS5I8cNJjP1OFTCDUeNfLOIQF+Di8L6Z6i8RLMO1bt8uBi5u
DLdGEjmdjiOjDjmURmzPPoE1nnKekwD/tvkIlAxVSDqV5r+Zwe+McNrgDFTo/V8nX7MOWMGc
HB9f05LsryM/HZdi/R7FXZG6yktJu2FliCFqujAf8xO4L07X2IuzrIcvChprtkdpDtJT/F0h
ibI+9N1qgvgkuLSkGY/FUET7DdThIeb+05lPPa8lNEIVHDa8RYK9WjVBQ4Noo4vCdDpsKBdx
IaWyor8LT5D95Tf+s5WVK22YIqXdWEsNxbkAmueDwYDRj6mOz+G2WRSlfiT8jueqZ1w+dD83
ZEJTLFcTlk8EPgXX199EusFJpNmDVZG2faLydQF7n2koFzNVd1X69rZA+mKD6yle36JyKNJb
BwSzfbkIJQPY8fljld6ZAAf/syCGlKMD4sQ5HQwNklu/BoLqD8kEiUywx63NF/ruiRIU6fqx
lhuzVIvKeU1qGWyvRFufgCM/G1o1xNp/LetyTGJLGyvcuHqAdAQW3Ky7w9ratv6W1onMlf0x
BAibWaeAeoW1usodHg32lCA/8IVRLgEC/UDOUF1p7nfZu10gw0E+mP+mhABta2dTsE73AoyL
cz18CkGglM/KoZzfeuJeuJI1gQC3Prf+H/1kLlrkElGYB9SlQHaMC8Q5B5Sb+dgenrup702r
1TFwmoLeXBQBaBz/LQwrRJ7YL7Gl2W5gvZVI0S1fYR3wIuWvmHBkYiDRVZijys1
IronPort-Data: A9a23:prN77KqsCdFiEdRfXPn6mQ3NiT9eBmLqYRIvgKrLsJaIsI4StFCzt
garIBmCaPaJMWCgft4nb4y/80tUvZLVzoNlSwU++31jQi8V8JacVYWSI27OZB+ff5bJJK5FA
2TySTViwOQcFCK0SsKFa+C5xZVa/f/WHuKU5MnsY3ggGFcMpB8J0E8lw6hhxNcw3bBVOivV0
fvqucrTJVS57DB9N2MQ+sqrpQhm+f//o1v0hHRnDRxwlAGYzyV94K43f/nrcyOhG9AMRIZWe
s6apF2H1jKB1/sSIoj0+lrLWhViaqLfOwGIlk1XV8CK6vSVjnFaPg4TbZLwWG8O49m7t4kZJ
0Zl7/RcfTwU0pjkw4zxZfX6/xZWZsWq8JefSZS2XFf6I0fuKhMAyN03ZK060BFxFk+azgii+
NRBQA3hYCxviMq/+pCqdvA1gv4IA/LxIagku0tP7x/wWKNOrZDrG80m5Pdd1TY0w81MRLPQO
5ZfZj1oYxDNJRZIPz/7CrpkxLbu1iS5KWQI7g7JzUY0yzC7IAhZ07XrO9rYdILTG+1am0+Zo
iTN+GGR7hQybYTFl2TfrCnEaunnmC7md9koMYKD5sFFnR6w60wcGQUYbA7uyRW+ohXjAooAe
hJ8FjAVha416E2lT9Tndxy+vHmUtxobUNkWGOo/gDxh0YLR6gedQ2UGF3tPNIBgu8gxSjgnk
FSOmrsFGACDrpWcc1CMyq7NqQmZFhMPMEQ5ZBUrbyUstoyLTJ4IsjrDSdNqEaiQh9LzGC3tz
z3ikMTYr+VM5SLs//XklW0rkw6RSo71ohnZDzg7s0qg5wJ9IYOnPsmmtQSd4vFHI4KUCFKGu
RDoevRyDshfUPlhdwTUH43h+Y1FAd7balUwZnYxRPEcG8yFoSLLQGypyGgWyL1VGsgFYyT1R
0TYpBlc4pReVFPzMvcrOtPrUJl2nPa6fTgAahwyRooRCnSWXF/YlByCmWbJgAgBbWB1zf9mZ
MrGK65A815KVfw+kFJauNvxIZdwm3lmmjKNLXwK5xug1rWaaTaUT7xDWGZinchohJ5oVD79q
o4FX+PTk0s3eLSnPkH/r9RPRXhUdiNTLc6t+6RqmhureFUO9JcJUK+Pn9vMuuVNw8xoqws/1
irmBRIDmAKv2ySvxMfjQikLVY4DlK1X9BoTFSMpNFesnXMkZO6SAG03LvPbpJF+rLY9n81nB
eIIYduBCflpQzHKsWZVJ5rkoYAoMFzhiQuSNmD3KHIybrxxdTzvo9XERwrI8DVRLyyVscBln
aas+DmGSrU+RiNjLv3sVtSR832Ls0MwotlCB3nzHoELeWHH0pRbFCjqv/pmf+AOMUriwxWZ5
Sa3ADAZh+/HnKEt+vKUh6re94aNOM19F3p8AGP0w+uXNy7b32z72q5Gcr+CUg78XVPO2peJR
Ltq3dClF9YYjnNmjpFaL4976Y4fu/7+uK58zCl/OXfAMmSQFbJrJ0eZ0fl1tqFiwqFTvS20U
Bmt/uZ2FKqoOsT3Nkw4PysgM/q+0M8Llgno7fgaJFvw4Al19uGlVWRQJxy9tzxPHoBqMY8Kw
fYTh+BO0laR0iEVC9ehijxY00+uLXZaCqUuicw8Mb/R0wEuzglPXIzYBirI+6qwUtRrMHQxA
zqqlaHH1qV9xE3DTiIJLkLz/9Fh3LYAhBMb62U5BQWtusHEjfoJzhFu4WwJbgBK/C5mjcN3G
EZWbnNQG4vf0QtstsZ5W0KUJzpgHzyco0z49EsInjbWTm6uTW38E1c+MuesomEc/35tQTxA2
LS+1mzecC3Lefvp1XAYQn9VqP3ETP1w+DbdmcuhId+3IpkibRfhgY6sfWAtqSa7Je8Um2v8u
rBM0MtrTK/0Jwo8gvceMJaL86YURDSvBn1wcds48IwnRWjjKSyPgx6QIEWPS+ZxDv3t82rjL
udxJ8hKBi+M5AzXoh81XaczcqJJxtg3798/e5TuF24Mk52bihFL6Jvw1CzPtFUHcuVUs/QWC
93uLmqZM2mqm3FrtXfHr5BENkqGcNA0XlDA897vwtoZNaAokb9KSl4z4IuWrn/OEQpA/jCoh
i3hSZLS7dRfzdVLo9OxPIRFXx65OPHiZtSuqQqTielDXfnLEMXJtj4WlGXZAhRrDeMRdehax

Additional Facts-Cont.

15. Intentional Discrimination-Similarly Situated.
John Hamilton testified under oath, He was making $28.00 per hour. I was making $16.00 per hour as a Meat Specialist. I worked as a Line Cook, Italian Clerk, Sushi Clerk, Meat Clerk, Meat Specialist I was only given $1.00 per year cost of living wage. Hy-Vee had an evaluation policy, they chose not to Omit it like R.P.M .

16. Is this a pattern of Discrimination by Hy-Vee ?

5b

Thanks,

Your Intoxalock Team

Copyright © 2019 Intoxalock. All rights reserved.

11035 Aurora Avenue · Des Moines, IA 50322

CONFIDENTIAL: This e-mail, including its contents and attachments, if any, are confidential or otherwise protected by personal privacy or other legal rules and intended solely for the use of the individual or entity to which they are addressed. If you are not the named recipient, please notify the sender and immediately delete it. Do not disseminate, distribute or forward this e-mail message or disclose its contents to any other third party except with the express permission of Intoxalock (Consumer Safety Technology, LLC).

**Kenneth Frazier** <kenchef616@gmail.com>    Thu, Jan 11, 2024 at 10:23 AM
To: notifier@intoxalock.com

You received a $67.00 payment on or about the 3rd of January, & im still in past due status ive tried to call you, several times.
As usual your not accepting my call, I have made 2 payments within a 15 day period,One by mail, in which I requested a detailed invoice?
Of the $142.00 I have been paying $67.00 per month, now it varies up to $142 I am requesting again,as explanation of charges. I also request
that you take my account ID# 1525433 out of pass due status. On 12-15-23 I made a payment of $125.56. On 12-29-23 I received a past due notice
requesting payment 14 days later, I tried to call bur your not taking my calls unless im paying,My account should not be pastdue,I mailed a payment of $67.00 on 12-29-23, It was received on 1-2-24 and im still past due? Thats 14 Days between payments, Today is 1-10-24 and I am
being required to make another payment? Can you please give me a call or respond to my written request made by mail ? How much is my monthly
BILL? Did you people even read the fraud info i submitted? Thats why the auto pay was dis-rupted!

[Quoted text hidden]

**postmaster@intoxalock.com** <postmaster@intoxalock.com>    Thu, Jan 11, 2024 at 10:24 AM
To: kenchef616@gmail.com

## Delivery has failed to these recipients or groups:

notifier@intoxalock.com

The recipient's mailbox is full and can't accept messages now. Please try resending your message later, or contact the recipient directly.

### Diagnostic information for administrators:

Generating server: CH0PR15MB6335.namprd15.prod.outlook.com

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☑
**Please label the attached sheets of paper as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

1. Motion for Reconsideration.
2. New Trial
3. 1.2 Million Dollors
4. Let the Jury Decide

Date: 4-3-2024

Signature of Plaintiff

Mailing Address   4339 Logan Ave N, Mpls. MN 55412

Telephone Number  612-203-7876

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

6