# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth C. Frazier, | Case No. 24-CV-1133 (PJS/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| Hy-Vee, Inc. | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation filed on January 22, 2025 (Dkt. No. 31). **IT IS HEREBY ORDERED** that:

1. Hy-Vee's Motion to Dismiss (Dkt. No. 16) is **GRANTED**.

2. This action is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

3. All pending motions in this case are **DENIED** as moot.

Date: 2/20/25

*s/Patrick J. Schiltz*
Patrick J. Schiltz, Chief Judge
United States District Court